IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIGUEL HEXEY VAZQUEZ COLMENARES,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | 8:25CV127<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the plaintiff's Notice of Voluntary Dismissal (Filing No. 7). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with the complete record waived.

Dated this 28th day of April, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge